# EXHIBIT "A"

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:11 AM 05/21/2012
FILED 10:50 AM 05/21/2012
SRV 120596639 - 2784713 FILE

**CERTIFICATE OF CHANGE OF LOCATION OF REGISTERED OFFICE**

**AND OF REGISTERED AGENT**

**OF**

**C.H. ROBINSON WORLDWIDE, INC.**

It is hereby certified that:

1. The name of the corporation (hereinafter called the "corporation") is:

**C.H. ROBINSON WORDWIDE, INC.**

2. The registered office of the corporation within the State of Delaware is hereby changed to 2711 Centerville Road, Suite 400, City of Wilmington 19808, County of New Castle.

3. The registered agent of the corporation within the State of Delaware is hereby changed to Corporation Service Company, the business office of which is identical with the registered office of the corporation as hereby changed.

4. The corporation has authorized the changes hereinbefore set forth by resolution of its Board of Directors.

Signed on May 21, 2012

/s/Christopher E. Gerst

Name: Christopher E. Gerst
Title: Assistant Secretary